Thomas EVANS and Carolyn Evans, Appellants,

v.

Jeffrey NOLLE, Respondent.

No. 48181.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 27, 1984.

Harold G. Johnson, St. Ann, for appellants.

K. Steven Jones, St. Louis, for respondent.

ORDER

PER CURIAM.

This is an appeal by plaintiffs from a judgment entered after a jury verdict in favor of defendant in a wrongful death action.

The judgment of the trial court is affirmed. Rule 84.16(b).